THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Kimberlee U. Huffstetler, Appellant.
 
 
 
 
 

Appeal From York County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2010-UP-061   
 Submitted January 4, 2010  Filed January
28, 2010

Affirmed

 
 
 
 Appellate Defender Elizabeth A.
 Franklin-Best, of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Kimberlee
 Huffstetler appeals her probation revocation.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Hamilton, 333 S.C. 642, 648, 511 S.E.2d 94, 96-97 (Ct. App. 1999) (holding that
 a challenge to the validity of a probation revocation must be raised to and
 ruled upon by the revocation judge to be preserved for our review).
Affirmed.
SHORT, THOMAS, and
 KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.